IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO OSBORNE | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-2339-O |
| | § | |
| CAPTAIN GUZIK, et al. | § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case,[1] including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's complaint will be dismissed and this case terminated.

**SIGNED** this 22nd day of February, 2010.

_Reed O'Connor_
**Reed O'Connor
UNITED STATES DISTRICT JUDGE**

---

[1] This includes review of a "Motion Amending" (Doc. # 8) filed Plaintiff. That motion is denied in a separate Order.